UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DANIEL, | No. C 07-3349 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL HENNESSEY, etc., et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed in forma pauperis application.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 10, 2008

Marilyn Hall Patel
United States District Judge