

David L. Daniel 2318702
San Francisco County Jail
850 Bryant Street
6th Floor
San Francisco, CA 94103

CV07-03349 MHP

**FILED**

JAN 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DANIEL, | No. C 07-3349 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MICHAEL HENNESSEY, etc., et al., | |
| Defendants. | |

This pro se civil action was filed on June 26, 2007, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee. The in forma pauperis application he submitted is DENIED because it is incomplete: it does not include the required certificate of funds and inmate trust account statement. (Docket # 5.) The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action. In light of the dismissal, plaintiff's "motion to bring about civil law suit against the San Francisco Sheriff's Department" is dismissed as moot. (Docket # 1.) The clerk shall close the file.

IT IS SO ORDERED.

DATED: January 10, 2008

Marilyn Hall Patel
United States District Judge



UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID L. DANIEL,

        Plaintiff,

v.

MICHAEL HENNESSEY et al,

        Defendant.
_____/

Case Number: CV07-03349 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David L. Daniel 2318702
San Francisco County Jail
850 Bryant Street
6th Floor
San Francisco, CA 94103

Dated: January 11, 2008

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk

**FILED**

JAN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID DANIEL,                                    No. C 07-3349 MHP (pr)

    Plaintiff,                                **JUDGMENT**

    v.

MICHAEL HENNESSEY, etc., et al.,

    Defendants.
_____/

    This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed in forma pauperis application.

    IT IS SO ORDERED AND ADJUDGED.

DATED: January 10, 2008

Marilyn Hall Patel
United States District Judge



UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID L. DANIEL,

        Plaintiff,

v.

MICHAEL HENNESSEY et al,

        Defendant.
_____/

Case Number: CV07-03349 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David L. Daniel 2318702
San Francisco County Jail
850 Bryant Street
6th Floor
San Francisco, CA 94103

Dated: January 11, 2008

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk